**Glen HALL, Plaintiff–Appellant,**

v.

**CUMMINS APPLIANCE, Defendant–Appellee.**

**No. 01–1237.**

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 23, 2001.

Glen Hall, pro se. Andrew Radding, Russell Gable Alion, Jr., Adelberg, Rudow, Dorf, Hendler & Sameth, Baltimore, MD, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Glen Hall appeals the district court's order granting summary judgment for Defendant in this employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hall v. Cummins Appliance,* No. CA–00–1405–S (D.Md. Jan. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*